UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANUPAMA DEUPATHY
HETTIARACHCHIGE, et al.,

                   Plaintiffs,

-against-                       22 CIVIL 3622 (DLC)

## JUDGMENT

RENA BITTER, Assistant Secretary for Consular
Affairs, et al.,

                   Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated December 16, 2022, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      December 16, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

              **BY:**

                                                          **Deputy Clerk**